IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNEDY LEWIS PARTNERS MASTER FUND LP and KENNEDY LEWIS PARTNERS MASTER FUND II LP,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ABRY PARTNERS, LLC, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-1111 (MN)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 6th day of September 2022:

WHEREAS, on August 17, 2022, The Honorable Andrew L. Carter, Jr. of the United States District Court for the Southern District of New York, issued an Order (D.I. 61) transferring this action to this District; and

WHEREAS, pursuant to the Amended Standing Order of Reference Re: Title 11 dated February 29, 2012 "any or all cases under Title 11 and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the bankruptcy judges for this district."

THEREFORE, IT IS HEREBY ORDERED that this case is REFERRED to the United States Bankruptcy Court for the District of Delaware. The Clerk is directed to CLOSE C.A. No. 22-1111 (MN).

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Maryellen Noreika_
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge