| Query | Reports | Utilities | Help | What's New | Log Out |

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:22-cv-01111-MN

Kennedy Lewis Partners Master Fund LP et al v. Abry Partners, LLC et al
Assigned to: Judge Maryellen Noreika
Case in other court: New York Southern, 1:21-cv-04690
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 08/24/2022
Date Terminated: 09/06/2022
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**
**Kennedy Lewis Partners Master Fund LP**

**Plaintiff**
**Kennedy Lewis Partners Master Fund II LP**

V.

**Defendant**
**Abry Partners, LLC**

**Defendant**
**Apex Credit Partners, LLC**

**Defendant**
**CIFC Asset Management, LLC**

**Defendant**
**Ellington Management Group, L.L.C.**

**Defendant**
**Trimaran Advisors Management, L.L.C.**

**Defendant**
**Wilmington Savings Fund Society, FSB**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2021 | 1 | COMPLAINT against Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C., Wilmington Savings Fund Society, FSB. (Filing Fee $ 402.00, Receipt Number ANYSDC-24588862)Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | 1 - Credit Agreement, # 2 Exhibit 2 - Security Agreement).(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/25/2021) |
| 05/25/2021 | 2 | CIVIL COVER SHEET filed..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/25/2021) |
| 05/25/2021 | 3 | **FILING ERROR - DEFICIENT SUMMONS REQUEST - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Abry Partners, LLC, re: 1 Complaint. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) Modified on 5/26/2021 (sj). [Transferred from New York Southern on 8/24/2022.] (Entered: 05/25/2021) |
| 05/25/2021 | 4 | **FILING ERROR - DEFICIENT SUMMONS REQUEST - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Apex Credit Partners LLC, re: 1 Complaint. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) Modified on 5/26/2021 (sj). [Transferred from New York Southern on 8/24/2022.] (Entered: 05/25/2021) |
| 05/25/2021 | 5 | **FILING ERROR - DEFICIENT SUMMONS REQUEST - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to CIFC Asset Management LLC, re: 1 Complaint. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) Modified on 5/26/2021 (sj). [Transferred from New York Southern on 8/24/2022.] (Entered: 05/25/2021) |
| 05/25/2021 | 6 | **FILING ERROR - DEFICIENT SUMMONS REQUEST - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Ellington Management Group, L.L.C., re: 1 Complaint. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) Modified on 5/26/2021 (sj). [Transferred from New York Southern on 8/24/2022.] (Entered: 05/25/2021) |
| 05/25/2021 | 7 | **FILING ERROR - DEFICIENT SUMMONS REQUEST - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Trimaran Advisors Management, L.L.C., re: 1 Complaint. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) Modified on 5/26/2021 (sj). [Transferred from New York Southern on 8/24/2022.] (Entered: 05/25/2021) |
| 05/25/2021 | 8 | **FILING ERROR - DEFICIENT SUMMONS REQUEST - PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Wilmington Savings Fund Society, FSB, re: 1 Complaint. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) Modified on 5/26/2021 (sj). [Transferred from New York Southern on 8/24/2022.] (Entered: 05/25/2021) |
| 05/26/2021 | 9 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021) |
| 05/26/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Andrew L. Carter, Jr. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(sj) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021) |

| | | |
|---|---|---|
| 05/26/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Kyle A. Lonergan to RE-FILE Document No. 4 Request for Issuance of Summons, 6 Request for Issuance of Summons, 5 Request for Issuance of Summons, 7 Request for Issuance of Summons, 8 Request for Issuance of Summons, 3 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Caption must match exactly as pleading, if all Defendants do not fit, list leading Defendant followed by 'et al'. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (sj) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021)** |
| 05/26/2021 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Abry Partners, LLC, re: 1 Complaint,. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021) |
| 05/26/2021 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to Apex Credit Partners, LLC, re: 1 Complaint,. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021) |
| 05/26/2021 | 12 | REQUEST FOR ISSUANCE OF SUMMONS as to CIFC Asset Management LLC, re: 1 Complaint,. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021) |
| 05/26/2021 | 13 | REQUEST FOR ISSUANCE OF SUMMONS as to Ellington Management Group, L.L.C., re: 1 Complaint,. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021) |
| 05/26/2021 | 14 | REQUEST FOR ISSUANCE OF SUMMONS as to Trimaran Advisors Management, L.L.C., re: 1 Complaint,. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021) |
| 05/26/2021 | 15 | REQUEST FOR ISSUANCE OF SUMMONS as to Wilmington Savings Fund Society, FSB, re: 1 Complaint,. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/26/2021) |
| 05/27/2021 | 16 | ELECTRONIC SUMMONS ISSUED as to Abry Partners, LLC..(gp) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/27/2021) |
| 05/27/2021 | 17 | ELECTRONIC SUMMONS ISSUED as to Apex Credit Partners, LLC..(gp) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/27/2021) |
| 05/27/2021 | 18 | ELECTRONIC SUMMONS ISSUED as to CIFC Asset Management, LLC..(gp) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/27/2021) |
| 05/27/2021 | 19 | ELECTRONIC SUMMONS ISSUED as to Ellington Management Group, L.L.C...(gp) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/27/2021) |

| | | |
|---|---|---|
| 05/27/2021 | 20 | ELECTRONIC SUMMONS ISSUED as to Trimaran Advisors Management, L.L.C...(gp) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/27/2021) |
| 05/27/2021 | 21 | ELECTRONIC SUMMONS ISSUED as to Wilmington Savings Fund Society, FSB..(gp) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/27/2021) |
| 05/27/2021 | 22 | NOTICE OF APPEARANCE by James Hartmann Smith on behalf of Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Smith, James) [Transferred from New York Southern on 8/24/2022.] (Entered: 05/27/2021) |
| 06/09/2021 | 23 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Abry Partners, LLC served on 6/2/2021, answer due 6/23/2021. Service was accepted by Andrea Donovan, Executive Assistant. Document filed by Kennedy Lewis Partners Master Fund II LP; Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/09/2021) |
| 06/09/2021 | 24 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Apex Credit Partners, LLC served on 6/3/2021, answer due 6/24/2021. Service was accepted by Sue Zouky, Authorized Agent. Document filed by Kennedy Lewis Partners Master Fund II LP; Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/09/2021) |
| 06/09/2021 | 25 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. CIFC Asset Management, LLC served on 6/1/2021, answer due 6/22/2021. Service was accepted by Alyssa Bresa, Authorized Agent. Document filed by Kennedy Lewis Partners Master Fund II LP; Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/09/2021) |
| 06/09/2021 | 26 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Ellington Management Group, L.L.C. served on 6/2/2021, answer due 6/23/2021. Service was accepted by Armand Mallory, Assistant to the Vice Chairman. Document filed by Kennedy Lewis Partners Master Fund II LP; Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/09/2021) |
| 06/09/2021 | 27 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Trimaran Advisors Management, L.L.C. served on 6/3/2021, answer due 6/24/2021. Service was accepted by in the presence of Michael Write, Exclusive CSC Security. Document filed by Kennedy Lewis Partners Master Fund II LP; Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/09/2021) |
| 06/09/2021 | 28 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Wilmington Savings Fund Society, FSB served on 5/28/2021, answer due 6/18/2021. Service was accepted by Lourbeth Glynn, Personal Banker. Document filed by Kennedy Lewis Partners Master Fund II LP; Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/09/2021) |
| 06/16/2021 | 29 | NOTICE OF APPEARANCE by Madlyn Gleich Primoff on behalf of Wilmington Savings Fund Society, FSB..(Primoff, Madlyn) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/16/2021) |

| | | |
|---|---|---|
| 06/16/2021 | 30 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent WSFS Financial Corporation for Wilmington Savings Fund Society, FSB. Document filed by Wilmington Savings Fund Society, FSB..(Primoff, Madlyn) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/16/2021) |
| 06/16/2021 | 31 | JOINT LETTER MOTION for Extension of Time to File Answer addressed to Judge Andrew L. Carter, Jr. from Madlyn Gleich Primoff dated 06/16/2021. Document filed by Wilmington Savings Fund Society, FSB..(Primoff, Madlyn) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/16/2021) |
| 06/16/2021 | 32 | NOTICE OF APPEARANCE by Eric Avery Brandon on behalf of Wilmington Savings Fund Society, FSB..(Brandon, Eric) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/16/2021) |
| 06/17/2021 | 33 | ORDER granting 31 Letter Motion for Extension of Time to Answer re 31 JOINT LETTER MOTION for Extension of Time to File Answer addressed to Judge Andrew L. Carter, Jr. from Madlyn Gleich Primoff dated 06/16/2021., 1 Complaint,. SO ORDERED. Abry Partners, LLC answer due 7/19/2021; Apex Credit Partners, LLC answer due 7/19/2021; CIFC Asset Management, LLC answer due 7/19/2021; Ellington Management Group, L.L.C. answer due 7/19/2021; Trimaran Advisors Management, L.L.C. answer due 7/19/2021; Wilmington Savings Fund Society, FSB answer due 7/19/2021. (Signed by Judge Andrew L. Carter, Jr on 6/17/2021) (rj) [Transferred from New York Southern on 8/24/2022.] (Entered: 06/17/2021) |
| 07/19/2021 | 34 | NOTICE OF APPEARANCE by Mary Beth Maloney on behalf of Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C...(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/19/2021) |
| 07/19/2021 | 35 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Stafford Insurance Company, Limited, Corporate Parent Stafford Financial LLC for Abry Partners, LLC. Document filed by Abry Partners, LLC..(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/19/2021) |
| 07/19/2021 | 36 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Massachusetts Mutual Life Insurance Company, Corporate Parent Jefferies Group LLC, Corporate Parent Jefferies Financial Group Inc., Corporate Parent JEFFERIES FINANCE LLC for Apex Credit Partners, LLC. Document filed by Apex Credit Partners, LLC..(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/19/2021) |
| 07/19/2021 | 37 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent EMG Holdings, L.P. for Ellington Management Group, L.L.C.. Document filed by Ellington Management Group, L.L.C...(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/19/2021) |
| 07/19/2021 | 38 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent CIFC LLC, Corporate Parent Centricus Holdings I LP, Corporate Parent Centricus Financial Investments LP, Corporate Parent Supreme Universal Holdings Ltd. for CIFC Asset Management, LLC. Document filed by CIFC Asset Management, LLC..(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/19/2021) |

| | | |
|---|---|---|
| 07/19/2021 | 39 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent LibreMax Intermediate Holdings, LP, Corporate Parent LibreMax Capital Holdings, LP, Corporate Parent GKL Holdings LLC, Other Affiliate LibreMax GP Holdings, LLC for Trimaran Advisors Management, L.L.C.. Document filed by Trimaran Advisors Management, L.L.C...(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/19/2021) |
| 07/19/2021 | 40 | LETTER MOTION for Conference - *Letter Motion Requesting a Pre-Motion Conference* addressed to Judge Andrew L. Carter, Jr. from Mary Beth Maloney dated July 19, 2021. Document filed by Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C...(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/19/2021) |
| 07/19/2021 | 41 | LETTER MOTION for Conference addressed to Judge Andrew L. Carter, Jr. from Madlyn Gleich Primoff dated July 19, 2021. Document filed by Wilmington Savings Fund Society, FSB. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H).(Primoff, Madlyn) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/19/2021) |
| 07/20/2021 | 42 | ORDER re: 41 LETTER MOTION for Conference addressed to Judge Andrew L. Carter, Jr. from Madlyn Gleich Primoff dated July 19, 2021. filed by Wilmington Savings Fund Society, FSB, 40 LETTER MOTION for Conference - *Letter Motion Requesting a Pre-Motion Conference* addressed to Judge Andrew L. Carter, Jr. from Mary Beth Maloney dated July 19, 2021. filed by Abry Partners, LLC, CIFC Asset Management, LLC, Trimaran Advisors Management, L.L.C., Apex Credit Partners, LLC, Ellington Management Group, L.L.C. Defendants request a pre-motion conference in anticipation of their motions to dismiss. (ECF Nos. 40, 41.) Plaintiff shall respond to Defendants' request by July 23, 2021. SO ORDERED., Responses due by 7/23/2021 (Signed by Judge Andrew L. Carter, Jr on 7/20/2021) (rj) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/20/2021) |
| 07/23/2021 | 43 | LETTER RESPONSE to Motion addressed to Judge Andrew L. Carter, Jr. from Kyle A. Lonergan dated July 23, 2021 re: 40 LETTER MOTION for Conference - *Letter Motion Requesting a Pre-Motion Conference* addressed to Judge Andrew L. Carter, Jr. from Mary Beth Maloney dated July 19, 2021. . Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/23/2021) |
| 07/23/2021 | 44 | LETTER RESPONSE to Motion addressed to Judge Andrew L. Carter, Jr. from Kyle A. Lonergan dated July 23, 2021 re: 41 LETTER MOTION for Conference addressed to Judge Andrew L. Carter, Jr. from Madlyn Gleich Primoff dated July 19, 2021. . Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/23/2021) |
| 07/26/2021 | 45 | ORDER denying 40 Letter Motion for Conference re: 40 LETTER MOTION for Conference - *Letter Motion Requesting a Pre-Motion Conference* addressed to Judge Andrew L. Carter, Jr. from Mary Beth Maloney dated July 19, 2021., 41 LETTER MOTION for Conference addressed to Judge Andrew L. Carter, Jr. from Madlyn Gleich Primoff dated July 19, 2021. ; denying 41 Letter Motion for Conference re: 40 LETTER MOTION for Conference - *Letter Motion Requesting a Pre-Motion Conference* addressed to Judge Andrew L. Carter, Jr. from Mary Beth Maloney dated July 19, |

| | | |
|---|---|---|
| | | 2021., 41 LETTER MOTION for Conference addressed to Judge Andrew L. Carter, Jr. from Madlyn Gleich Primoff dated July 19, 2021. Defendants requested a pre-motion conference in anticipation of their motions to dismiss. (ECF Nos. 40, 41.) Plaintiff responded on July 23, 2021. (ECF Nos. 43, 44.) The Court denies Defendants' request for a pre-motion conference. Defendants shall file their motions by August 30, 2021. Plaintiff shall file its response by October 4, 2021. Defendants shall reply by October 15, 2021. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 7/26/2021) (rj) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/26/2021) |
| 08/30/2021 | 46 | NOTICE OF APPEARANCE by David Philip Salant on behalf of Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C...(Salant, David) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/30/2021) |
| 08/30/2021 | 47 | MOTION to Dismiss / *Lender Defendants' Motion to Dismiss or, alternatively, Transfer Venue*. Document filed by Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C.. Responses due by 10/4/2021.(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/30/2021) |
| 08/30/2021 | 48 | MEMORANDUM OF LAW in Support re: 47 MOTION to Dismiss / *Lender Defendants' Motion to Dismiss or, alternatively, Transfer Venue*. . Document filed by Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C...(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/30/2021) |
| 08/30/2021 | 49 | DECLARATION of DAVID P. SALANT in Support re: 47 MOTION to Dismiss / *Lender Defendants' Motion to Dismiss or, alternatively, Transfer Venue*.. Document filed by Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C.. (Attachments: # 1 Exhibit 1 - Complaint and Exhibits, # 2 Exhibit 2 - Notice of Appearance, # 3 Exhibit 3 - Response, # 4 Exhibit 4 - Motion, # 5 Exhibit 5 - Docket Sheet, # 6 Exhibit 6 - Hearing Transcript, # 7 Exhibit 7 - Sale Order, # 8 Exhibit 8 - Emergency Motion, # 9 Exhibit 9 - Emergency Motion, # 10 Exhibit 10 - Hearing Transcript, # 11 Exhibit 11 - Hearing Sign-In Sheet, # 12 Exhibit 12 - Emergency Motion Order).(Salant, David) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/30/2021) |
| 08/30/2021 | 50 | MOTION to Dismiss *or Alternatively to Transfer Venue*. Document filed by Wilmington Savings Fund Society, FSB. Responses due by 10/4/2021.(Primoff, Madlyn) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/30/2021) |
| 08/30/2021 | 51 | MEMORANDUM OF LAW in Support re: 50 MOTION to Dismiss *or Alternatively to Transfer Venue*. . Document filed by Wilmington Savings Fund Society, FSB..(Primoff, Madlyn) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/30/2021) |
| 08/30/2021 | 52 | DECLARATION of Eric Avery Brandon in Support re: 50 MOTION to Dismiss *or Alternatively to Transfer Venue*.. Document filed by Wilmington Savings Fund Society, FSB. (Attachments: # 1 Exhibit A - Nov. 30, 2020 Hearing Tr., # 2 Exhibit B - Agency Assignment Agreement, # 3 Exhibit C - Bidding Procedures Motion, # 4 Exhibit D - Bidding Procedures Order, # 5 Exhibit E - Bidding Procedures, # 6 Exhibit F - Sale Order, # 7 Exhibit G - Emergency Motion, # 8 Exhibit H - Emergency Motion Order). (Brandon, Eric) [Transferred from New York Southern on 8/24/2022.] (Entered: |

| | | |
|---|---|---|
| | | 08/30/2021) |
| 10/04/2021 | 53 | MEMORANDUM OF LAW in Opposition re: 47 MOTION to Dismiss / *Lender Defendants' Motion to Dismiss or, alternatively, Transfer Venue*. . Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 10/04/2021) |
| 10/04/2021 | 54 | MEMORANDUM OF LAW in Opposition re: 50 MOTION to Dismiss *or Alternatively to Transfer Venue*. . Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 10/04/2021) |
| 10/15/2021 | 55 | REPLY MEMORANDUM OF LAW in Support re: 50 MOTION to Dismiss *or Alternatively to Transfer Venue*. . Document filed by Wilmington Savings Fund Society, FSB..(Primoff, Madlyn) [Transferred from New York Southern on 8/24/2022.] (Entered: 10/15/2021) |
| 10/15/2021 | 56 | REPLY MEMORANDUM OF LAW in Support re: 47 MOTION to Dismiss / *Lender Defendants' Motion to Dismiss or, alternatively, Transfer Venue*. . Document filed by Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C...(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 10/15/2021) |
| 07/05/2022 | 57 | LETTER addressed to Judge Andrew L. Carter, Jr. from Kyle A. Lonergan dated July 5, 2022 re: retirement of Judge Christopher S. Sontchi. Document filed by Kennedy Lewis Partners Master Fund II LP, Kennedy Lewis Partners Master Fund LP..(Lonergan, Kyle) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/05/2022) |
| 07/07/2022 | 58 | LETTER addressed to Judge Andrew L. Carter, Jr. from Mary Beth Maloney dated July 7, 2022 re: response to Plaintiffs' July 5, 2022 letter [Dkt. 57]. Document filed by Abry Partners, LLC, Apex Credit Partners, LLC, CIFC Asset Management, LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C...(Maloney, Mary Beth) [Transferred from New York Southern on 8/24/2022.] (Entered: 07/07/2022) |
| 08/02/2022 | 59 | ORDER: The Court will hold a telephone conference in this case on August 17, 2022 at 11:00 a.m. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information. ( Telephone Conference set for 8/17/2022 at 11:00 AM before Judge Andrew L. Carter Jr.) (Signed by Judge Andrew L. Carter, Jr on 8/2/2022) (ate) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/02/2022) |
| 08/05/2022 | 60 | ORDER: The telephone conference scheduled in this case on August 17, 2022 at 11:00 a.m. is re-scheduled for August 17, 2022 at 2:00 p.m. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information. ( Telephone Conference set for 8/17/2022 at 02:00 PM before Judge Andrew L. Carter Jr.) (Signed by Judge Andrew L. Carter, Jr on 8/5/2022) (ate) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/05/2022) |
| 08/17/2022 | 61 | ORDER granting 47 Motion to Dismiss; granting 50 Motion to Dismiss. For the reasons stated on the record at today's hearing, Defendants' motions to transfer are granted. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 47 and 50, transfer this case to the District of Delaware, and close the case on this docket. (Signed |

| | | |
|---|---|---|
| | | by Judge Andrew L. Carter, Jr on 8/17/2022) (ate) Transmission to Office of the Clerk of Court for processing. [Transferred from New York Southern on 8/24/2022.] (Entered: 08/17/2022) |
| 08/17/2022 | | Transmission to Orders and Judgments Clerk. Transmitted re: [61](#) Order on Motion to Dismiss, to the Orders and Judgments Clerk. (ate) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/18/2022) |
| 08/17/2022 | | Minute Entry for proceedings held before Judge Andrew L. Carter, Jr.: Telephone Hearing held on 8/17/2022. James Hartmann Smith and Kyle A. Lonergan for Plaintiffs. Mary Beth Maloney and Jason Goldstein for Defendants Abry, Apex, CIFC, Ellington and Trimaran (Lender Defendants). Madlyn Gleich Primoff and Peter Kim for Defendant Wilmington Savings. The Court GRANTS Defendants motions to transfer. (tdh) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/18/2022) |
| 08/22/2022 | 62 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 8/17/2022 before Judge Robert L. Carter. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/12/2022. Redacted Transcript Deadline set for 9/22/2022. Release of Transcript Restriction set for 11/21/2022. (js) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/22/2022) |
| 08/22/2022 | 63 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 8/17/2022 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (js) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/22/2022) |
| 08/23/2022 | 64 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 8/17/2022 before Judge Andrew L. Carter, Jr.. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/13/2022. Redacted Transcript Deadline set for 9/23/2022. Release of Transcript Restriction set for 11/21/2022. (js) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/23/2022) |
| 08/23/2022 | 65 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 8/17/2022 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (js) [Transferred from New York Southern on 8/24/2022.] (Entered: 08/23/2022) |
| 08/24/2022 | 66 | Record of case transferred in from District of New York Southern; Case Number in Other District: 1:21-cv-04690. Copy of Docket Sheet and original file (Entered: 08/24/2022) |

| 08/24/2022 | 67 | Local Counsel Letter sent. Notice of Compliance deadline set for 9/23/2022. (srs) (Entered: 08/24/2022) |
| --- | --- | --- |
| 08/31/2022 |  | Case Assigned to Judge Maryellen Noreika. Please include the initials of the Judge (MN) after the case number on all documents filed. (rjb) (Entered: 08/31/2022) |
| 09/06/2022 | 68 | ORDER referring case to the United States Bankruptcy Court for the District of Delaware. ***Civil Case Terminated. Signed by Judge Maryellen Noreika on 9/6/2022. (dlw) (Entered: 09/06/2022) |