## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 20-12168 (CTG)<br><br>(Jointly Administered) |
| KENNEDY LEWIS PARTNERS MASTER FUND LP and KENNEDY LEWIS PARTNERS MASTER FUND II LP,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABRY PARTNERS, LLC, APEX CREDIT PARTNERS, LLC, CIFC ASSET MANAGEMENT LLC, ELLINGTON MANAGEMENT GROUP, L.L.C., TRIMARAN ADVISORS MANAGEMENT, L.L.C., and WILMINGTON SAVINGS FUND SOCIETY, FSB,<br><br>    Defendants. | Adv. Pro. No. 22-50406 (CTG)<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of Plaintiffs Kennedy Lewis Partners Master Fund LP and Kennedy Lewis Partners Master Fund II LP (together, "Kennedy Lewis") and demand, pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Kyle A. Lonergan, Esq.<br>James H. Smith, Esq.<br>MCKOOL SMITH, P.C.<br>One Manhattan West, 50th Floor<br>395 9th Avenue<br>New York, NY 10001<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444<br>Email: klonergan@mckoolsmith.com<br>jsmith@mckoolsmith.com | Gregory W. Werkheiser, Esq.<br>Jennifer R. Hoover, Esq.<br>Juan E. Martinez, Esq.<br>BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br>1313 N. Market St., Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: gwerkheiser@beneschlaw.com<br>jhoover@beneschlaw.com<br>jmartinez@beneschlaw.com |
| John Sparacino, Esq.<br>MCKOOL SMITH, P.C.<br>600 Travis St # 7000<br>Houston, TX 77002<br>Telephone: (713) 485-7300<br>Facsimile: (713) 485-7344<br>Email: jsparacino@mckoolsmith.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as, nor is it a consent of, Kennedy Lewis to the jurisdiction and/or venue of this Court, nor, specifically, but not limited to, a waiver of (i) Kennedy Lewis's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Kennedy Lewis's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Kennedy Lewis's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims,

actions, defenses, set-offs, or recoupments to which Kennedy Lewis is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Kennedy Lewis expressly reserves.

| | |
|---|---|
| Dated: September 22, 2022<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br> /s/ *Jennifer R. Hoover*  <br>Gregory W. Werkheiser (DE #3553)<br>Jennifer R. Hoover (DE #5111)<br>Juan E. Martinez (DE #6863)<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Email: gwerkheiser@beneschlaw.com<br>          jhoover@beneschlaw.com<br>          jmartinez@beneschlaw.com<br><br>-and-<br><br>**MCKOOL SMITH, P.C.**<br>Kyle A. Lonergan<br>James H. Smith<br>One Manhattan West, 50th Floor<br>395 9th Avenue<br>New York, NY 10001<br>Telephone: (212) 402-9400<br>Email: klonergan@mckoolsmith.com<br>          jsmith@mckoolsmith.com<br><br>*Counsel for Kennedy Lewis Partners Master Fund LP and Kennedy Lewis Partners Master Fund II LP* |