# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12168 (CTG)<br>(Jointly Administered) |
| KENNEDY LEWIS PARTNERS MASTER FUND LP AND KENNEDY LEWIS PARTNERS MASTER FUND II,<br><br>Plaintiffs,<br><br>vs.<br><br>ABRY PARTNERS, LLC, APEX CREDIT PARTNERS LC, CIFC ASSET MANAGEMENT LLC, ELLINGTON MANAGEMENT GROUP, L.L.C., TRIMARAN ADVISORS MANAGEMENT, L.L.C., AND WILMINGTON SAVINGS FUND SOCIETY, FSB,<br><br>Defendants. | Adv. Proc. No. 22-50406 (CTG) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David P. Salant of Gibson, Dunn & Crutcher LLP to represent Abry Partners, LLC, Apex Credit Partners LC, CIFC Asset Management LLC, Ellington Management Group, L.L.C., Trimaran Advisors Management, L.L.C. (collectively, the "Lender Defendants"), in the above-captioned proceeding.

Dated: November 22, 2022

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 22, 2022

*/s/ David P. Salant*
David P. Salant
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Email: dsalant@gibsondunn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.