**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC,[1] | Case No. 20-12168 (CTG) |
| Debtor. | |
| KENNEDY LEWIS PARTNERS MASTER FUND LP and KENNEDY LEWIS PARTNERS MASTER FUND II LP, | Adv. Pro. No. 22-50406 (CTG) |
| Appellants, | |
| v. | |
| ABRY PARTNERS, LLC, APEX CREDIT PARTNERS, LLC, CIFC ASSET MANAGEMENT LLC, ELLINGTON MANAGEMENT GROUP, L.L.C., TRIMARAN ADVISORS MANAGEMENT, L.L.C., and WILMINGTON SAVINGS FUND SOCIETY, FSB, | Civil Action No. 1:23-cv-00066-MN |
| Appellees. | |

**STIPULATION TO DISMISS APPEAL PURSUANT TO FED. R. BANKR. P. 8023**

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. In addition to the foregoing Debtor, the "Debtors" include certain affiliated entities, a complete list of which, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports. All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of Town Sports International, LLC, Case No. 20-12168 (CSS).

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the undersigned parties hereby agree and stipulate to the Appellants' dismissal of the above-captioned appeal with prejudice. All costs and fees due have been paid to the Court. Each party shall bear their own costs and fees (including attorneys' fees) in connection with this appeal and this litigation, and none of the parties shall move for an award of attorneys' fees or costs, including without limitation under Rule 54 of the Federal Rules of Civil Procedure.

Dated: April 19, 2023
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (DE Bar No. 3553)
Jennifer R. Hoover (DE Bar No. 5111)
1313 North Market Street, Ste. 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: gwerkheiser@beneschlaw.com
jhoover@beneschlaw.com

-and-

**MCKOOL SMITH, P.C.**
Kyle A. Lonergan (admitted *pro hac vice*)
James H. Smith (admitted *pro hac vice*)
One Manhattan West, 50th Floor
395 9th Avenue
New York, NY 10001
Telephone: (212) 402-9400
Email: klonergan@mckoolsmith.com
jsmith@mckoolsmith.com

John Sparacino (admitted *pro hac vice*)
600 Travis St # 7000
Houston, TX 77002
Telephone: (713) 485-7300
Email: jsparacino@mckoolsmith.com

*Counsel for Plaintiff – Appellants Kennedy Lewis Partners Master Fund LP and Kennedy Lewis Partners Master Fund*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Mary Beth Maloney
David Salant
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: mmaloney@gibdsondunn.com
dsalant@gibsondunn.com

*Counsel to the Lender Defendants - Appellees Abry Partners, LLC, Apex Credit Partners LLC, CIFC Asset Management LLC, Ellington Management Group, L.L.C., and Trimaran Advisors Management, L.L.C.*

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (#3765)
500 Delaware Avenue
Wilmington, DE 19899
Main: (302) 654-1888
Direct: (302) 504-3718
RPalacio@ashbygeddes.com

-and-

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Madlyn Gleich Primoff (admitted *pro hac vice)*
601 Lexington Ave., 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Fax: (212) 277-4001
madlyn.primoff@freshfields.com

*Counsel to the Defendant Wilmington Savings Fund Society, FSB*